FILED

06 SEP -1 AM 10: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. Gaylord Smith, SB# 72726
Heidi S. Inman, SB# 228079
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone 619/233-1006
Facsimile 619/233-8627

Attorneys for Defendants,
MII LIQUIDATION, INC. f.k.a. METABOLIFE INTERNATIONAL, INC., THE CHEMINS COMPANY, INC., VITA QUEST INTERNATIONAL, INC. d/b/a GARDEN STATE NUTRITIONALS, ALPINE HEALTH PRODUCTS, L.L.C., KENNETH ADAMS and KAREN ADAMS

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE LeGRANDE, | CASE NO. 06-CV-469 BTM |
| Plaintiff, | Hon. Barry T. Moskowitz |
| v. | Magistrate Judge Jan M. Adler |
| MII LIQUIDATION, INC., fka METABOLIFE INTERNATIONAL, INC., ET AL. | **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** |
| Defendants. | |

Plaintiff Candance LeGrande and Defendants MII Liquidation, Inc. f.k.a. Metabolife International, Inc., The Chemins Company, Inc., Vita Quest International, Inc. d/b/a Garden State Nutritionals, Alpine Health Products, L.L.C., Kenneth Adams and Karen Adams hereby stipulate that this action be dismissed with prejudice in its entirety, as the parties have settled the matter, pursuant to the confidential release agreement signed by and agreed to by the parties.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

SO STIPULATED AND AGREED:

DATED: 8/23, 2006            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    R. Gaylord Smith
    Heidi S. Inman
    Attorneys for Defendant MII
    LIQUIDATION, INC., fka METABOLIFE
    INTERNATIONAL, INC., THE CHEMINS
    COMPANY, INC., VITA QUEST
    INTERNATIONAL, INC. d/b/a GARDEN
    STATE NUTRITIONALS, ALPINE
    HEALTH PRODUCTS, L.L.C., KENNETH
    ADAMS and KAREN ADAMS

DATED: 8/1, 2006            BLIZZARD McCARTHY & NABERS LLP

By: _____
    Edward F. Blizzard
    Attorneys for Plaintiff CANDACE
    LeGRANDE

IT IS SO ORDERED. That this action is dismissed with prejudice.

Dated: 8/31/06            _____
                          Hon. Barry T. Moskowitz

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LeGrande v. MII Liquidation, Inc. f.k.a. Metabolife International, Inc., et al.
CASE NO. 06-CV-469

## PROOF OF SERVICE

     I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 550 West "C" Street, Suite 800, San Diego, California  92101.

     On August 23, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** on all interested parties in this action by placing  [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

Edward Blizzard, Esq.
BLIZZARD, McCARTHY & NABERS
Lyric Centre
440 Louisiana, Suite 1710
Houston, TX  77002-1636
Attorneys for Plaintiff CANDACE LeGRANDE

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]    (BY PERSONAL SERVICE)  I caused the foregoing envelope to be delivered by hand to the offices of the addressee.

[  ]    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct and this document was printed on recycled paper.

[X]    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on August 23, 2006, at San Diego, California.


*Elaine A. Lallana*
Elaine A. Lallana

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006